**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
YVONNE P. HAUGHTON,

                      Plaintiff,              20 **CIVIL** 8200 (JPC)(OTW)

            -v-                         **JUDGMENT**

ANDREW SAUL,
Commissioner of Social Security,

                      Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 28, 2021, that the Commissioner's decision is reversed and this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
          May 28, 2021

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                    **Clerk of Court**
                 **BY:**
                                                    _K. Mango_
                                                    _____
                                                    **Deputy Clerk**