UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
YVONNE P. HAUGHTON,                                                :
                                                                   :
                        Plaintiff,                                 :
                                                                   :   20-CV-8200 (JPC)
        -v-                                                        :
                                                                   :   ORDER
COMMISSIONER OF SOCIAL SECURITY,                                   :
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Plaintiff has filed a motion for attorney's fees, Dkt. 18, an affidavit in support of her motion, Dkt. 19, and a memorandum of law in support of her motion, Dkt. 20.  The Commissioner shall respond to Plaintiff's motion by September 7, 2021.  In that response, the Commissioner should indicate whether the Commissioner opposes Plaintiff's request or stipulates to the amount of attorney's fees that Plaintiff seeks.

      SO ORDERED.

Dated: August 31, 2021
       New York, New York

                                          JOHN P. CRONAN
                                        United States District Judge